# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MOHSEN SHORAKI | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00340-ALM-AGD |
| | § | |
| SECRETARY OF STATE, et al. | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 17, 2026, the Report of the Magistrate Judge, (Dkt. #14), was entered containing proposed findings of fact and recommendation that this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

Having received the Report of the United States Magistrate Judge (Dkt. #14), and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

Any request for relief not addressed by the Report is denied as **MOOT**.

**IT IS SO ORDERED.**
**SIGNED this 31st day of July, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE